## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANKLIN B. REYES** <br> **IDENTIFCATION NUMBER: 05846-007** <br> **UNITED STATES PENITENTIARY** <br> **P.O. BOX 7000** <br> **FLORENCE, COLORADO 81226-7000** <br><br> **Petitioner,** <br><br> v. <br><br><br> **HECTOR RIOS, WARDEN** <br> **UNITED STATES PENITENTIARY** <br> **FLORENCE** <br> **5880 STATE HIGHWAY 67 SOUTH** <br> **FLORENCE, COLORADO 81226-7000** <br><br> **Respondent.** | <br><br><br><br><br><br><br><br> **Civil Action No.:_____** |

### PETITION FOR A WRIT OF HABEAS CORPUS

**NOW COMES** the Petitioner, Franklin B. Reyes (hereinafter, "the Petitioner" or "Mr. Reyes"), by and through his attorneys, Stuart J. Snyder and Stuart J. Snyder, P.A., and hereby respectfully submits this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 and/or 28 U.S.C. §2255. The Petitioner respectfully requests this Honorable Court **GRANT** the relief sought in this Petition, and in support thereof, states the following grounds for relief exist:

1.  The adverse judgment against the Petitioner for which relief is sought herein was entered by the Superior Court for the District of Columbia (Criminal

1

Division-Felony Branch) located in the District of Columbia. The District of Columbia Court of Appeals subsequently affirmed the convictions.

2. The Petitioner was convicted by a jury presided over by the Honorable Truman Morrison, on October 28, 1996.

3. The Petitioner was charged under a three (3) count indictment alleging pre-meditated first degree murder while armed (D.C. Code §§ 22-2401, 3202), possession of a firearm during the commission of a crime of violence, (D.C. Code §32-3204(b)), and carrying a pistol without a license, (D.C. code § 22-3204(a)).

4. The Petitioner testified on his own behalf at the trial under review herein.

5. The Petitioner was sentenced to thirty (30) years to life of incarceration for the first-degree murder while armed conviction and five (5) to fifteen (15) years of incarceration for possession of firearm during a crime of violence or dangerous offense. Both sentences were run concurrently.

6. The Petitioner timely appealed his conviction to the District of Columbia Court of Appeals. On June 25, 1999, the appeal ended with the Petitioner's convictions and sentence being affirmed.

7. On July 30, 2001, the Petitioner filed a so called "§ 23-110 Motion" under the District of Columbia Code, asserting his trial counsel and direct appeal counsel were ineffective because the trial counsel failed to (1) uncover and present an exculpatory defense witness and (2) draft and present to the jury an instruction regarding withdrawal from participation in a conspiracy and the appellate counsel was ineffective because he advised the Petitioner not to appeal on the ineffective assistance of counsel at trial. The Petitioner requested an evidentiary hearing on his claims of ineffective assistance of

2

counsel. Without the benefit of a hearing, the Superior Court for the District of Columbia denied the Motion (by order docketed on February 11, 2002).

8. By motion filed on, or about, April 18, 2002, the Petitioner sought reconsideration of the February 11, 2002 Order referenced in Paragraph 9 of this Petition. This Motion for Reconsideration was denied in similar fashion to the initial §23-110 Motion. The Appellant timely filed an appeal of this denial with the District of Columbia Court of Appeals. On January 25, 2005, the District Court of Appeals denied the appeal by way of a written opinion.

9. The Petitioner has exhausted all appeals of right and other available recourses available to him before instituting this action.

10. The Petitioner does not have any outstanding appeals, or other collateral motions, pending relating to the convictions which give rise to the current Petition.

11. The Petitioner does not have any criminal proceedings pending against him, but is not a citizen of the United States and will likely be the subject of an I.N.S. detainer and deportation proceedings if, and when, the Petitioner is released from his current incarceration.

12. Relief should be **GRANTED** herein as the rights guaranteed the Petitioner under the United States Constitution, and Amendments thereto, were violated in that the Petitioner was denied due process of law, equal protection under the law and ineffective assistance of counsel all relating to the actions/inactions of his trial attorney and the attorney who represented the Petitioner on his direct appeal to the District of Columbia Court of Appeals (both previously described herein). The Petitioner did not raise the

issue of ineffective assistance of counsel on the direct appeal of his conviction and sentence on the advise of his appellate attorney. (*See;* attached Memorandum of Law)

13. Ms. Heather Shaner, business address: 633 Indiana Avenue, NW, Washington D.C., 20004, represented the Petitioner at trial. Ms. Jania C. Reed, business address: 1818 11th Street, NW, Washington D.C., 20004, represented the Petitioner in the §23-110 Motion. Mr. Benjamin B. Klubes, business address: 1449 New York Avenue, NW, Washington D.C., 20005, represented the Petitioner in his direct appeal to the District of Columbia Court of Appeals and Mr. William O. Douglas Loeffler, business address: 60 East D Street, Brunswick Maryland, 21716, represented the Petitioner in the appeal of the denial of his §23-110 Motion to the District of Columbia Court of Appeals.

14. The Petitioner asserts the venue and jurisdiction for the instant matter is appropriate with this Honorable Court. Should this Honorable Court find its concurrent jurisdiction and venue is not sufficient to hear this matter, the Petitioner prays leave is **GRANTED** to transfer this Petition as needed.

**WHEREFORE**, the Petitioner, Franklin B. Reyes prays this Honorable Court **GRANT** him relief sought herein and provide the Petitioner to nay relief he may be entitled to in this proceeding. An evidentiary hearing is respectfully requested.

    Respectfully submitted,

    _____
    Stuart J. Snyder
    **STUART J. SNYDER, P.A.**
    One North Charles Street
    Suite 1104
    Baltimore, Maryland 21201
    (410) 539-0375

    **COUNSEL FOR PETITIONER**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this _____ day of **JANUARY**, **2006**, I mailed a copy of the foregoing Petition and associated Memorandum of Law were mailed, first class, postage pre-paid, to Hector Rios, United States Penitentiary, Florence, 5880 State Highway 67 South, Florence, Colorado 81226-7000, Office of the United States Attorney, Special Proceedings Section, 555 4th Street, NW, 11th Floor, Washington, D.C., 20001.

_____
Stuart J. Snyder