UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FRANKLIN B. REYES,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 06-0136  (ESH) |
| **HECTOR RIO, WARDEN,** <br> **USP FLORENCE,** | : | |
| Defendant. | : | |

### ORDER

Pursuant to 28 U.S.C. § 2243, it is this 26th day of January 2006,

**ORDERED** that respondent, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the petitioner's warden and the United States Attorney for the District of Columbia.

                                    s/
ELLEN SEGAL HUVELLE
United States District Judge