**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FRANKLIN B. REYES,** | : | |
| **Petitioner,** | : | **Civil Action No. 06-0136 (ESH)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **HECTOR RIO, WARDEN, et al.,** | : | |
| **Respondents.** | : | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PETITIONER'S PETITION**
**UNDER 28 U.S.C. § 2254 AND/OR 28 U.S.C. § 2255**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, hereby respectfully requests that it be given approximately 60

additional days, or until May 10, 2006, to file its response to petitioner's Petition under 28 U.S.C.

§ 2254 and/or 28 U.S.C. § 2255. In support of this request, the United States submits the

following:

1.      On October 28, 1996, in D.C. Superior Court case number F-8084-95, a jury convicted

        petitioner of First Degree Murder While Armed and Possession of a Firearm During a

        Crime of Violence ("PFVC"). On January 17, 1997, petitioner was sentenced to

        concurrent terms of thirty years to life imprisonment for the murder conviction and five to

        fifteen years' imprisonment for the PFCV conviction.

2.      Petitioner's convictions were affirmed on direct appeal. Thereafter, petitioner filed a

        motion pursuant to D.C. Code § 23-110 in which he alleged ineffective assistance of

        counsel. That motion was summarily denied.

3.      In the instant petition, petitioner alleges ineffective assistance of counsel.

4.      The United States' response to petitioner's petition is due by no later than March 14,

        2006.

5.      The United States now seeks approximately 60 additional days to file its response.

6.      This extension of time is sought to permit undersigned counsel sufficient time to review

        petitioner's  petition and attachments thereto and to research and prepare the United

        States' response.  In addition, this extension of time is necessary in light of counsel's

        workload and pre-existing deadlines in other matters.

7.      This brief extension of time will not unduly prejudice petitioner.

8.      Petitioner's counsel, Stuart J. Snyder, Esq., does not oppose the relief sought herein.

9.      A proposed order is attached as Exhibit A.

WHEREFORE, the United States respectfully requests that it be given approximately 60

additional days, or until May 10, 2006, to file its response to petitioner's Petition under 28 U.S.C.

§ 2254 and/or 28 U.S.C. § 2255.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar Number 451-058
United States Attorney

ROBERT D. OKUN
D.C. Bar Number 457-078
Chief, Special Proceedings Section


_____/s/_____
MARGARET J. CHRISS
D.C. Bar Number 452-403
Assistant United States Attorney
555 4th Street, N.W.
Special Proceedings Section
Washington, D.C.  20530
(202) 307-0874
facsimile (202) 514-8784


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 13th day of March 2006, I caused a copy of the foregoing
Motion for Extension of Time to Respond to petitioner's Petition under 28 U.S.C. § 2254 and/or
28 U.S.C. § 2255, and proposed order, to be served via the United States District Court for the
District of Columbia's ECF program upon Thomas J. Simeone, Esq., and to be served via first-
class mail, postage pre-paid, upon Stuart J. Snyder, Esq., One North Charles St., Suite 1104,
Baltimore, MD 21201.


_____/s/_____
Assistant United States Attorney