UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANKLIN B. REYES,** : | |
| Petitioner, : | Civil Action No. 06-0136 (ESH) |
| : | |
| v. : | |
| : | |
| **HECTOR RIO, WARDEN, et al.,** : | |
| Respondents. : | |

## ORDER

Upon consideration of the United States' Unopposed Motion for Extension of Time to Respond to Petitioner's Petition Pursuant to 28 U.S.C. § 2254 and/or 28 U.S.C. § 2255, and for good cause shown, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is granted, and that the United States may file its response to petitioner's Petition Pursuant to 28 U.S.C. § 2254 and/or 28 U.S.C. § 2255 by no later than May 10, 2006.

**SO ORDERED**.

_____
United States District Judge

Copies to:

Margaret J. Chriss
Assistant United States Attorney

Thomas J. Simeone, Esq.

Stuart J. Snyder, Esq.
One North Charles St.
Suite 1104
Baltimore, MD 21201.