UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN B. REYES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 06-0136 (ESH) |
| HECTOR RIOS, Warden, | ) ) ) |
| Respondent. | ) ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that petitioner's Petition for a Writ of Habeas Corpus [1] is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

So ordered.

                                                         s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: May 23, 2006